RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AUG 1 0 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

**CHRISTOPHER LACCINOLE**
*Plaintiff*

Vs.   CA. NO.: 1:21-cv-00090-WES-LDA

**Global Payments Check Services, LLC,**
&
**DOES 1-10, inclusive**
*Defendants*

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses the instant matter pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

The Plaintiff,
Christopher Laccinole, *pro se*

/s/ *Christopher Laccinole*
Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on August 5, 2021 he mailed a copy of the foregoing notice to Defense Counsel Jeffrey C. Ankrom via USPS first class certified mail, return receipt requested at Locke Lord LLP, 2800 Financial Plaza, Providence, RI 02903.

The Plaintiff,
Christopher Laccinole, *pro se*

/s/ *Christopher Laccinole*
Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER LACCINOLE
*Plaintiff*

C.A. NO.: 1:21-cv-00226-MSM-PAS

Vs.

Pennsylvania Higher Education
Assistance Agency,
&
DOES 1-10, inclusive
*Defendants*

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses the instant matter pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

The Plaintiff,
Christopher Laccinole, *pro se*


/s/ *Christopher Laccinole*
Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on August 5, 2021 he mailed a copy of the foregoing notice to Defense Counsel Jeffrey C. Ankrom via USPS first class certified mail, return receipt requested at Locke Lord LLP, 2800 Financial Plaza, Providence, RI 02903.

The Plaintiff,
Christopher Laccinole, *pro se*

/s/ *Christopher Laccinole*
Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

1